

**ORDERED in the Southern District of Florida on February 20, 2018.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 17-24568-RBR
IN RE:                                         CHAPTER 13

MAGDALENA CLAROS

    DEBTOR
_____/

**ORDER ON DEBTOR'S MOTION TO RECONSIDER ORDER DISMISSING CASE**

**THIS CAUSE** came to heard on February 15, 2018, on the Pro-Se Debtor's Motion to Reconsider Order Dismissing Case (ECF #15; the "Motion") and based on the record, it is

**ORDERED**:

1. That the Debtor's Motion is **DENIED**.

2. The Debtor's Motion is **GRANTED** in that the prejudice period in the Order Dismissing Case is shortened to zero months.

3. The Debtor may file a new case at any time.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEES
P.O. BOX 559007
FORT LAUDERDALE, FLORIDA 33355-9007

**ROBIN R. WEINER, ESQ.** IS DIRECTED TO SERVE A CONFORMED COPY OF THIS ORDER ON ALL INTERESTED PARTIES IMMEDIATELY UPON RECEIPT HEREOF AND TO FILE A CERTIFICATE OF SERVICE.